UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS JONES, et al.,

            Plaintiffs,

   v.

PUYALLUP TRIBE, et al.,

            Defendants.

CASE NO. 3:22-CV-5222-DGE

REPORT AND RECOMMENDATION

Noting Date: June 10, 2022

      The District Court has referred Plaintiffs' pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 02-19.

      On April 6, 2022, Plaintiffs Marcus Jones, Charles Jones, and Tom Jones filed a proposed civil complaint and Marcus[1] filed an application to proceed *in forma pauperis* ("IFP"), that is, without paying the filing fee for a civil case. *See* Dkt. 1, 1-1. Charles and Tom did not file applications to proceed IFP.

---

[1] The Court will refer to the plaintiffs by their first names to avoid confusion.

REPORT AND RECOMMENDATION - 1

On April 13, 2022, the Court directed Plaintiffs to file applications to proceed IFP for each named Plaintiff and a proposed amended complaint that corrected deficiencies identified by the Court. Dkt. 3. The Court warned that if Plaintiffs did not file separate IFP applications and an amended complaint that complies with the Order on or before May 6, 2022, the Court would recommend dismissal of this action. *Id*. at 3. The Order was returned to the Court as "insufficient address/unable to forward." Dkt. 4. The Clerk's Office re-sent the Order to a different address. The Order has not been returned to the Court. *See* Docket.

Plaintiffs have not responded to the Court's Order, have not filed the correct applications to proceed IFP, have not paid the filing fee, and have not filed an amended complaint. As Plaintiffs have failed to respond to the Court's Order and failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 10, 2022, as noted in the caption.

Dated this 23rd day of May, 2022.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge