UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MARCUS JONES, et al., | CASE NO. 3:22-cv-05222-DGE |
|---|---|
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| PUYALLUP TRIBE et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5).

(2) This case is DISMISSED without prejudice for failure to respond to the Court's Order and failure to prosecute this case.

(3) The Clerk is directed to send copies of this Order to Plaintiffs and to the Hon. David W. Christel.

Dated this 13th day of June, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2